Gerald DEPPE, Appellant,

v.

Whitney JONES, et al., Respondents.

No. ED 79049.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 2, 2001.

Thomas H. Lake, Shepherd, Lake & Taylor, L.L.P., St. Louis, MO, for Appellant.

Louis B. "Buzz" Eckelkamp, III, Eckelkamp Kuenzel LLP, William Leonard Miller, Jr., Washington, MO, for Respondent.

Before RICHARD B. TEITELMAN, P.J., GARY M. GAERTNER, SR., J., and CLIFFORD H. AHRENS, JJ.

## ORDER

PER CURIAM.

Appellant, Gerald Deppe, ("appellant"), appeals the judgment of the Circuit Court of Franklin County granting a motion for summary judgment in favor of respondents, Whitney Jones, et al. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

Marvin D. WYATT, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 79002.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 2, 2001.

Lisa M. Stroup, Asst. Public Defender, St. Louis, MO, Attorneys for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Anne E. Edgington, Asst. Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before JAMES R. DOWD, C.J. and PAUL J. SIMON and MARY R. RUSSELL, JJ.

## ORDER

PER CURIAM.

Martin Wyatt (Movant) appeals the judgment denying his Rule 24.035 motion for post-conviction relief without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's decision is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).